UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RICHARD WILLIAMS,

          Plaintiff,

-vs-                                   Case No. 5:05-cv-257-Oc-10GRJ

ZIMMER HOLDINGS, INC., ZIMMER
PRODUCTIONS, INC., ZIMMER, US, INC.,
ZIMMER, INC., LEE JACOBSON, MPT,
TLC REHAB, INC.,

          Defendants.
_____

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 27) recommending that the Plaintiff's Motion for Remand (Doc. 25) be denied. The Plaintiff has objected to the Magistrate Judge's report (Doc. 29), and the Defendants have responded to the Plaintiff's objections (Doc. 32).

Upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 27) is adopted, confirmed and made a part hereof;

(2) the Plaintiff's objections are OVERRULED;

(3) the Plaintiff's Motion for Remand (Doc. 25) is DENIED;

(4) the claims against Defendants Lee Jacobson, MPT and TLC Rehab, Inc. are SEVERED and REMANDED TO STATE COURT; and

(5) the Clerk is directed to proceed accordingly and withhold entry of judgment pending resolution of this case as a whole.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 14th day of June, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record